

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00756-CV

Rolando **SANCHEZ**, Individually, Rolando Sanchez as representative of the Estate of
Mary Helen Sanchez, Ramon Sanchez, Richard Sanchez, and Reynaldo Sanchez,
Appellants

v.

**LOPEZ HOMES MCG LLC** Individually and d/b/a Lopez Assisted Living,
and Lopez Homes Assisted Living MCG,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-26721
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Delivered and Filed: April 1, 2026

DISMISSED

Appellants have filed their "Unopposed Motion to Dismiss Appeal" seeking dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellees have not filed a response contending dismissal would prevent them from seeking relief to which they would otherwise be entitled. *See id.*; *id.* R. 10.3(a). We therefore grant the motion and dismiss this appeal. *See id.* R. 42.1(a)(1). Costs of the appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM